IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUDI SMITH,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL C. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL No.: C 09-cv-02303 SI<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Smith may have an extension of 15 days in which to file her Reply to Defendant's Cross-Motion for Summary Judgment. Plaintiff's response is due on December 31, 2009, pursuant to Civil L.R. 16-5.

/

/

/

/

/

SMITH, EXT.MSJ
C 09-02303 SI

Dated: December 18, 2009

s/Ian M. Sammis/
_____
IAN M. SAMMIS
Attorney for Plaintiff

Dated: December 18, 2009

 s/Theophus S. Reagans/
THEOPHUS S. REAGANS
Special Assistant United States Attorney

For BRENDA PULLIN
Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December            , 2009

_____
SUSAN ILLSTON
United States District Judge

SMITH, EXT.MSJ
C 09-02303  SI