| | |
|---|---|
| 1 | MELINDA L. HAAG, SBN CA 132612 |
|   | United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153 |
|   | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
|   | BRENDA M. PULLIN, SBN CO 35181 |
| 4 | Special Assistant United States Attorney |
|   | Social Security Administration |
| 5 | |
| 6 | 333 Market Street, Suite 1500 |
|   | Telephone:  415-977-8985 |
|   | Fax:   415-744-0134 |
| 7 | E-mail: Brenda.Pullin@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUDI SMITH, | ) |
| Plaintiff, | ) CIVIL NO.  3:09-2303 SI |
| v. | ) |
| MICHAEL J. ASTRUE, | ) STIPULATION AND PROPOSED ORDER |
| Commissioner of Social Security | ) SETTLING ATTORNEY FEES |
|   | ) PURSUANT TO THE EQUAL ACCESS |
| Defendant. | ) TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND, EIGHT HUNDRED FIFTY-FIVE DOLLARS AND SEVENTY-FIVE/CENTS ($3,855.75), and costs in the amount of ONE HUNDRED THIRTY-ONE DOLLARS AND THIRTY-FOUR/CENTS ($131.34). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

Payment of THREE THOUSAND, EIGHT HUNDRED FIFTY-FIVE DOLLARS AND SEVENTY-FIVE/CENTS ($3,855.75), and costs in the amount of ONE HUNDRED THIRTY-ONE DOLLARS AND THIRTY-FOUR/CENTS ($131.34) shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be delivered to Plaintiff's counsel.

   This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

               Respectfully submitted,

Dated: October 22, 2010     /s/ Ian Sammis_____
               (As authorized via email)
               IAN SAMMIS
               Attorney for Plaintiff

Dated: October 22, 2010     MELINDA L. HAAG
               United States Attorney

               /s/ Brenda M. Pullin_____
               BRENDA M. PULLIN
               Special Assistant U.S. Attorney

               Attorneys for Defendant

**ORDER**

   APPROVED AND SO ORDERED.

DATED: _____   _____
               SUSAN ILLSTON
               UNITED STATES DISTRICT JUDGE